# MEMORANDUM CASES.

These cases, left out of former volumes, are now printed by request.

## FALL TERM, 1908.

State (appellant) v. John Martin, from Washington. Per Curiam, December 22. Reversed under State v. Burchfield, at this term.

J. D. Odom, Trustee, and Rocky Mount Supply Co. v. W. H. Clark (appellant). Per Curiam, September 23. Affirmed. Claude Kitchin and W. E. Daniel for plaintiff; Day, Bell & Dunn, Murray Allen and E. L. Travis for defendant.

State v. John Morton (appellant), from Craven. Per Curiam, September 23. Affirmed. Attorney-General, Hayden Clement and D. R. Ward for plaintiff; Moore & Dunn and D. E. Henderson for defendant.

The Cable Co. (appellant) v. W. T. Hadder, from Craven. Per Curiam, September 23. Affirmed. R. A. Nunn for plaintiff; D. L. Ward for defendant.

E. J. White, Jr., v. City of New Bern (appellant), from Craven. Per Curiam, September 30. Affirmed. D. L. Ward for plaintiff; W. D. McIver for defendant.

J. P. McCullen v. S. A. L. Railway Co. (appellant), from Craven. Per Curiam, September 30. Affirmed. W. D. McIver for plaintiff; Day, Bell & Allen and W. W. Clark for defendant.

J. M. Arnold (appellant) v. Moyer Hahn, from Craven. Per Curiam, September 23. Affirmed. W. D. McIver and Moore & Dunn for plaintiff; M. DeW. Stevenson and Simmons, Ward & Allen for defendant.

J. M. Arnold (appellant) v. Moyer Hahn, from Craven. Per Curiam, September 23. Affirmed. W. D. McIver and Moore & Dunn for plaintiff; M. DeW. Stevenson and Simmons, Ward & Allen for defendant.

L. W. Brame v. S. W. Clark (appellant), from Craven. September 30. Affirmed. A. C. Zollicoffer and Thomas M. Pittman for plaintiff; T. T. Hicks for defendant.